IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV291-MU

| | |
|---|---|
| **MARVIN LEON PACE,** )<br> )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**CAROLINAS HEALTHCARE SYSTEMS,** )<br> )<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion for a Scheduling Order, With or Without an Initial Pretrial Conference," filed June 7, 2005. On June 13, 2005, the parties filed an "Amended Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan." Since the parties have agreed on reasonable deadlines in the above referenced matter, Plaintiff's Motion for a Scheduling Order is moot.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion for Scheduling Order, With or Without an Initial Pretrial Conference" is hereby **DENIED AS MOOT.**

**Signed: June 16, 2005**

Graham C. Mullen
Chief United States District Judge